IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IVERY CLARK WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:25-cv-01536-N-BT |
| § | |
| ALEXANDRA VARGAS and SALLY § | |
| MONTGOMERY, § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 11, 2025 (ECF No. 32). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 7th day of November, 2025.

David C. Godbey
United States District Judge